958

No. 572. CLANCY *v.* FIRST NATIONAL BANK OF COLO-RADO SPRINGS. C. A. 10th Cir. Certiorari denied. *Alan Woods* for petitioner. *Byron L. Akers, Jr.,* for respondent.

No. 575. SEWELL *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. *Ralph Rudd* for petitioner. *John T. Corrigan* for respondent.

No. 578. CORALLO *v.* UNITED STATES; and
No. 620. FRIED ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob Kossman* and *Barry I. Slotnick* for petitioner in No. 578, and *Arthur Karger* and *Alfred Donati, Jr.,* for petitioners in No. 620. *Solicitor General Griswold* for the United States in both cases. Reported below: 413 F. 2d 1306.

No. 581. HOFFMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles A. Bellows* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 583. ANDERS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *R. Eugene McGannon* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Meyer Rothwacks* for respondent.

No. 587. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *George G. Gallantz* and *Marvin Dicker* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.